Opinion filed March 5,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                           No. 11-09-00124-CV

                                                     __________

 

                    ENDEAVOR
ENGERY RESOURCES, L.P., Appellant

 

                                                             V.

 

                              DAVID
E. SALTER, TRUSTEE OF THE 

                   LANA L.
SALTER LIVING TRUST, ET AL, Appellees



 

                                   On
Appeal from the 118th District Court

                                                            Martin
County, Texas

                                                       Trial
Court Cause No. 6171

 



 

                                            M
E M O R A N D U M    O P I N I O N 

            The
parties have filed in this court a joint motion to dismiss.  In their motion,
the parties state that they have settled all issues relating to this appeal. 
The motion is granted, and the appeal is dismissed.           

 

                                                                                                            PER
CURIAM                       

March 5, 2010

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.